IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ORLANDO BETHEL and GLYNIS BETHEL, et al, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 10-00650-CG-N ) |
| JUDGE CHARLES PARTIN, et al, | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the court *sua spont* on review of the complaint for declaratory judgment and preliminary and permanent injunction and damages filed by plaintiffs Orlando and Glynis Bethel (Doc. 1).

Upon consideration, the court adopts the relevant portions of the order entered December 2, 2010, by Chief United States District Judge William H. Steele in <u>Orlando Bethel, et al., v. Judge Carmen Bosch, et al</u>., Civil Action No. 10-0651-WS-M (S.D. Ala.) (Doc. 2), and dismisses this complaint without prejudice for failing to pay the filing fee or file a motion to proceed *in forma pauperis*. Accordingly, this action is **DISMISSED without prejudice**.

Further, plaintiffs are again **ordered and enjoined** to comply with the directives set forth in Section III of Chief Judge Steele's order as to any and all future lawsuits they may file in this District Court.

**DONE** and **ORDERED** this the 8th day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE