## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ORLANDO BETHEL and** | ) | |
| **GLYNIS BETHEL, et al,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 10-00650-CG-N** |
| | ) | |
| **JUDGE CHARLES PARTIN, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED, ADJUDGED**

and **DECREED** that this lawsuit be, and hereby is, **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this the 8th day of December, 2010.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE